IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH REAMS**                                                                                       **PETITIONER**

v.                                         Case No. 4:22-cv-00699-KGB

**JAMES GIBSON, Warden, and
DEXTER PAYNE, Director,
Arkansas Division of Correction**                                                           **RESPONDENTS**

## ORDER

Before the Court is respondent Dexter Payne's motion to substitute counsel of record for respondent (Dkt. No. 43).  Payne represents that Kent G. Holt, counsel of record for the respondent, is no longer employed with the Arkansas Attorney General's office and that David L. Eanes, Jr., Assistant Attorney General, has been assigned to represent him (*Id.* ¶ 1).  Payne requests that Holt be relieved from his duties in this matter and that Eanes be permitted to become counsel of record for Payne (*Id.* ¶ 2).  For good cause shown, the Court grants the motion and substitutes Eanes as counsel of record for Payne in this case (*Id.*).

It is so ordered this 7th day of January, 2026.

*[signature: Kristine G. Baker]*

Kristine G. Baker
Chief United States District Judge