

Squire Patton Boggs (US) LLP
1120 Avenue of the Americas, 13th Floor
New York, New York 10036

O  +1 212 872 9800
F  +1 212 872 9815
squirepattonboggs.com


George H. Kendall
T  +1 212 872 9834
george.kendall@squirepb.com

March 10, 2026

Honorable Kristine G. Baker
Richard Sheppard Arnold United States Courthouse
500 West Capitol Avenue
Little Rock, AR 72201

**Re: *Reams v. Gibson*, Case No. 22-CV-699**

Dear Chief Judge Baker:

  Counsel for Petitioner Kenneth Reams write regarding the Motion for Leave to File *Amicus Curiae Brief* on Behalf of Petitioner on Writ of Habeas Corpus-State Prisoner, filed in the above-captioned matter on March 6, 2026. *See* Doc. 45.

  The movant's proposed amicus brief states that "[t]he parties have been notified about the filing of this brief." Doc. 46 at 1 n.1. However, counsel for Mr. Reams did not receive prior notice of the movant's intent to file this motion and were not provided a copy of the proposed amicus brief before it was filed on the docket last Friday.

  Counsel respectfully bring this issue to the Court's attention to clarify that no such notice was provided to Petitioner's counsel.

Respectfully submitted,

Squire Patton Boggs (US) LLP

George H. Kendall

Over 40 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.